# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-483

_____

HORACE YOUNG,

   Appellant,

   v.

FLORIDA DEPARTMENT OF
CORRECTIONS; JULIE L. JONES,
Secretary, Florida Department
of Corrections,

   Appellees.

_____

On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

August 21, 2018

PER CURIAM.

   AFFIRMED.

 B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Horace Young, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellees.